UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUCHA SAUDA LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:25 CV 1025 CDP |
| SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA, | ) ) ) ) |
| Defendant. | ) ) |

## **MEMORANDUM AND ORDER**

Presently before the Court is defendant Selective Insurance Company of South Carolina's Motion for Protective Order, filed January 7, 2026, seeking to limit the topics that plaintiff Sucha Sauda LLC has proffered for the Rule 30(b)(6) deposition of Selective Insurance's corporate representative. The deposition is scheduled for Monday, January 12, 2026. I will grant the motion.

I have reviewed Selective Insurance's motion, memorandum, and exhibits and conclude that its proposed limitations to Sucha Sauda's initial topic list are reasonable and appropriate to the circumstances of this case. Moreover, Sucha Sauda did not timely respond or otherwise object to Selective Insurance's proposed limitations to the topics, nor did its counsel respond to defendant's offer to meet and confer in compliance with Local Rule 3.04(A).[1] Because Selective

---

[1] Such conference is required to be in person or by telephone. E.D. Mo. L.R. 3.04(A).

Insurance's motion is well taken and time is of the essence, I will grant the motion without waiting for or requiring a response from Sucha Sauda.

**The deposition of Selective Insurance's corporate representative shall proceed as scheduled on January 12, 2026.**  The deposition shall be limited to the Corporate Representative topics set out in Sucha Sauda's email dated November 26, 2025 (ECF 27-1 at header pp. 5-6), subject to the clarifications and limitations set out by Selective Insurance in its letter dated December 9, 2025 (ECF 27-2).  For the reasons set out in Selective Insurance's motion, the corporate representative is not required to produce the documents identified in Sucha Sauda's December 31 Notice of Deposition.  If, upon conclusion of the January 12 deposition, Sucha Sauda believes that the deposition was improperly limited, it may seek appropriate relief in a later-filed motion.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Selective Insurance Company of South Carolina's Motion for Protective Order [26] is **GRANTED** in all respects. The deposition of defendant's corporate representative shall proceed on January 12, 2026, as scheduled in accordance with the directives set out in this Order.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of January, 2026.