UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


SUCHA SAUDA, LLC,

    Plaintiff.

v.

SELECTIVE INSURANCE COMPANY OF
SOUTH CAROLINA,

    Defendant.

Case No.: 4:25-cv-1025-CDP


**PLAINTIFF'S FED. R. CIV. P. 26(a)(2) EXPERT WITNESS DISCLOSURES**

Plaintiff, SUCHA SAUDA, LLC ("Plaintiff"), by and  through its undersigned counsel,

National Insurance Advocates, pursuant to Fed. R. Civ. P.  26(a)(2), hereby submits its Expert

Witness Disclosures as follows:

1. **Steven J. Wohlscheid (Retained Expert)**
   Wohlscheid Civil Engineering PLLC
   201 Rue Beauregard, Ste. 202
   Lafayette, LA 70508

Mr. Steven J. Wohlscheid, P.E., a licensed Professional Engineer, is designated as a

retained expert pursuant to Fed. R. Civ. P. 26(a)(2)(B). Mr. Wohlscheid has prepared a written

expert report containing a complete statement of all opinions he is expected to offer, the bases

and reasons for those opinions, and the facts and data considered. He is also expected to testify

regarding the forensic engineering investigation of the insured property, and his professional

opinions concerning the cause, scope, and extent of damages observed at the property. Mr.

Wohlscheid is compensated for his time at a rate of $250.00 per hour, plus reasonable and

**EXHIBIT**

**A**

customary travel expenses. His compensation is not contingent upon the outcome of this litigation.

The physical inspection of the property was performed by a qualified building inspector acting under Mr. Wohlscheid's responsible charge and supervision, in accordance with standard engineering practice. Mr. Wohlscheid reviewed, evaluated, and relied upon the inspection findings, photographs, measurements, and documentation generated during that inspection, together with his review of historical meteorological data, applicable building codes, industry standards, and the application of accepted engineering principles and methodologies, in forming his opinions. The documents and materials relied upon by Mr. Steven J. Wohlscheid, P.E. in forming his opinions will be produced contemporaneously with this disclosure.

Based upon that investigation, Mr. Wohlscheid is expected to testify that:

- A severe hail event occurring on or about April 1, 2024, and was the proximate cause of the damages observed at the subject property;
- The subject property sustained damage to multiple building components, including but not limited to the flat roofing system, metal roofing components, and related building elements;
- Due to the nature, extent, and impact of the hail damage observed, full replacement of the affected roofing systems and related components is necessary in order to restore the property to its pre-loss condition and to comply with applicable building codes, manufacturer specifications, and generally accepted industry standards;
- Mr. Wohlscheid may further testify to any opinions, conclusions, findings, and

recommendations set forth in his forensic engineering report, including all opinions formed within a reasonable degree of engineering certainty, as well as opinions necessarily derived from the facts, data, photographs, weather information, and materials identified and relied upon in that report;

2. **Chris Gonzales (Retained Expert)**
   Restore Masters Contracting LLC
   400 E Las Colinas Blvd, Ste 1050
   Irving, TX

Mr. Gonzales is designated as a non-retained expert pursuant to Fed. R. Civ. P. 26(a)(2)(C), and is expected to testify regarding the scope of repairs, pricing, and estimating methodology necessary to restore the insured property to its pre-loss condition following the hail event of April 20, 2024. Mr. Gonzales is compensated for his time at a rate of $200.00 per hour, plus reasonable and customary travel expenses. Mr. Gonzales did not personally perform a site inspection of the property. His opinions were formed based upon his review and evaluation of photographs and documentation of the property conditions, including photographs taken by third parties. In forming his opinions, Mr. Gonzales further relied upon his professional experience in commercial roofing and construction estimating, industry standards, manufacturer specifications, applicable building code requirements, and prevailing local labor and material pricing, including standardized estimating software and databases customarily relied upon by estimators in the construction and insurance industries. The documents and materials relied upon by Mr. Chris Gonzales in forming his opinions will be produced contemporaneously with this disclosure.

Based upon those materials, Mr. Gonzales is expected to testify that:

- The scope of repairs reflected in the Restore Masters estimate accurately represents the

work reasonably necessary to address the damages identified at the property and to restore the property to its pre-loss condition;

- The quantities, labor hours, materials, and methods included in the estimate are reasonable, necessary, and customary for a project of this size and complexity;

- The estimated costs are consistent with industry standards and represent a fair and reasonable cost to return the property to its pre-loss condition. Mr. Gonzales's testimony will be based on the repair estimate prepared by Restore Masters Contracting LLC, photographs, industry standards, manufacturer guidelines, and his professional experience in commercial roofing and construction estimating.

Respectfully submitted this 31st day of December, 2025.

/s/ Anthony Pastor
Anthony Pastor, #1049696
National Insurance Advocates, LLP
6619 S Dixie Hwy. #363
Miami, FL 33143
Telephone: 833-701-4110
Email: anthony@nia.law
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2025, a true and correct copy of the foregoing **PLAINTIFF'S FED. R. CIV. P. 26(A)(2) EXPERT WITNESS DISCLOSURES** were served via e-mail upon the following:

/s/ Anna M. Berman
Anna M. Berman #61637 MO
KUTAK ROCK LLP
2405 Grand Boulevard, Suite 600
Kansas City, MO 64108
(816) 960-0090 Telephone
(816) 960-0041 Facsimile
anna.berman@kutakrock.com

and

Hailey H. Merz #77774 MO
KUTAK ROCK LLP
300 S. John Q. Hammons Parkway, Suite 800
Springfield, MO 65806
(417) 720-1410 Telephone
(417) 720-1411 Facsimile
Hailey.Merz@kutakrock.com

**ATTORNEYS FOR DEFENDANT**
**SELECTIVE INSURANCE COMPANY**
**OF SOUTH CAROLINA**

*/s/ Anthony Pastor*