# WOHLSCHEID CIVIL ENGINEERING PLLC

# FORENSIC REPORT AND REPAIR PLAN



**REPORT PREPARED FOR:**

**SUCHA SAUDA LLC**
9241 W. FLORISSANT AVE.
ST. LOUIS, MO 63136

**CLAIM NUMBER: 22640923**
**POLICY NUMBER: S 2498888**
**CARRIER: SELECTIVE INS.**
**DATE OF LOSS: APRIL 1, 2025**
Report Date: September 29, 2025

EXHIBIT

B

Steven J. Wohlscheid, P.E.

Wohlscheid Civil Engineering PLLC

# TABLE OF CONTENTS

**Table of Contents**

1.  **BASIS OF REPORT**..................................................................................................**2**

2.  **STORM AND METEOROLOGICAL DATA** ...............................................................**3**

3.  **FIELD WALK-THROUGH AND FINDINGS** ..............................................................**5**

4.  **DESCRIPTION OF DAMAGES AND ANALYSIS** .....................................................**6**

5.  **CONCLUSIONS** .......................................................................................................**7**

6.  **MITIGATION OF DAMAGE**......................................................................................**8**

7.  **DISCLOSURE OF LIMITATIONS** ......................................................................... **10**

8.  **ENDORSEMENT(S)**.............................................................................................. **12**

9.  **WEATHER DATA**.................................................................................................. **13**

10.  **INSPECTION PHOTOS** ...................................................................................... **21**

1

## 1. BASIS OF REPORT

This report's methodology is based on ASTM E2713-18, ASTM E1188-11, ASTM E3176-20 and E620-18.

This report is based on the following:

•       On site walk-through consisting of visual observations, instrument assisted non-invasive evaluation, and photo documentation of the current damages and conditions present at the above-mentioned property.

•       Review of the pertinent historical weather data provided by any and/or all the following agencies: National Oceanic and Atmospheric Admin. (NOAA), National Weather Services (NWS), National Centers for Environmental Information (NCEI), WeatherGuidance, Weather Underground, Iowa State Univ. "IEM", & InteractiveHailMaps.com.

•       Review of applicable sections from the International Building Code (IBC), International Existing Building Code (IEBC), and International Residential Code (IRC) in relation to the subject's structure damages and review of ASCE Standard ASCE 7-16 titled "Minimum Design Loads for Buildings and Other Structures."

This report represents the professional opinion of the licensed professional and is furnished as an aid in determining probable origin and cause and reported aspects previously indicated. This report pertains only to the areas pointed out; those areas not pointed out will not be part of this report. Neither the licensed professional nor Wohlscheid Civil Engineering PLLC will guarantee or offer any guarantee of the indicated defects and will not be responsible for the hidden defects which could not be detected at the time the field observation was performed. The physical field observation intended was to identify any condition that is affecting the building to find probable origin and cause.

## 2.  STORM AND METEOROLOGICAL DATA

The structure was reported as damaged with a Date of Loss (DOL) of April 1, 2025. Subsequent research performed by Wohlscheid Civil Engineering PLLC identified a Hail Event on April 1, 2025, as the credible event responsible for the storm damages.

- Hail Event - April 1, 2025

Weather Guidance and Radar Data Maps recorded a significant thunderstorm wind event on the above-mentioned date of loss. A hail size of 1.25 inches at the location and 2 inches within one mile of the subject property was documented by Weather Guidance. HailRecon reported 1.5 inch hail at the location and NOAA reported 2 inch hail within .7 miles of the subject property location.

Wind Velocity and Pressure Analysis

When a mass of air moves around and over objects in its path, its behavior (direction, speed, and air pressure) changes. Wind speeds increase above straight-line velocities as they deflect over a roof surface or around structural building elements. Building walls receive positive pressure from incoming winds on the windward side and negative pressure effects on the leeward side of the building. Roofs can experience both positive and negative pressure in the presence of wind depending on the location on the roof structure. Negative pressure effects on roofs produce what is known as "uplift." Figure 2 below depicts the uplift effect as wind moves across a roof system.



WIND INDUCED UPLIFT ACROSS A ROOF SYSTEM

The resulting flow paths and variable pressures are complex. Developing a detailed model that maps wind flows and obtains resulting surface pressures on actual structures is very difficult. For this reason, standardized equations based on fluid dynamics are utilized by forensic engineers to calculate anticipated wind pressures on wall and roof covering systems. Wind velocity pressure on wall components and cladding, and uplift pressure on roof covering systems can be estimated utilizing calculations based on ASCE 7-10/16 (30.3.1) and using site adjusted wind velocity.

3

ASCE 7-10/7-16

Minimum Design Loads for Buildings and Other Structures provides requirements for general structural design and includes means for determining dead, live, soil, flood, wind, snow, rain, atmospheric ice, and earthquake loads, as well as their combinations, which are suitable for inclusion in building codes and other documents. These measures have been put in place to protect both property and lives because of significant changes in the building codes over the past two decades. Many codes and standards now contain hurricane provisions. Codes originally developed for Florida have expanded from Texas, along the Gulf, and up through the Atlantic seaboard to Maine. Wind-borne debris requirements are significant new factors in model building codes.

ASCE 7-10/7-16 Wind Pressure Calculation

You can get a general idea of the wind velocity pressure on a 1-foot-by-1-foot section of roofing by using the following ASCE 7-10 (30.3-1) formula: wind velocity pressure per square foot = 0.00256 × (locale wind velocity in MPH) squared. Site specific calculations using local wind velocities and ASCE 7-10 (30.3-1) indicated that NOAA wind speeds on/about the reported date of loss were strong (high) enough to cause the roof cover damage documented during the site inspection.

3.  **FIELD WALK-THROUGH AND FINDINGS**

A field walk-through of the subject's property was performed on September 10, 2025. The field walk-through consisted of visual observations, instrument assisted non-invasive evaluation, photo documentation of damages and/or conditions present at the above-mentioned property. The observations of damages described below are not to be construed as a condition survey of the subject property. The opinions presented in this report have been formulated to within a reasonable degree of engineering certainty.

- TPO (Thermoplastic polyolefin) Roof Covering

    - During our inspection, we observed that the roof had been previously covered with a plastic tarp or sheet, which was largely removed before our assessment took place.

    - Circular shaped impacts, consistent with the size of hail reported on the date loss, were noted on the subject roof covering.

    - One section of cap flashing had become dislodged due to the storm.

- Exterior

    - The exterior walls of the structure consisted of cement blocks and sustained no damage.

    - The ceiling of the portico consisted of a drop ceiling with acoustic ceiling tiles that had sustained water damage due to the intrusion of moisture from the roof.

- HVAC

    - There were multiple non-functioning HVAC units on the roof.

    - Two of the functioning HVAC units sustained hail damage consistent with hail on the DOL that was too extensive to be combed out. An attempted comb-out created even more damage to the A/C condenser fins.

- Moisture Intrusion and Interior Damages

    - The ceiling of the interior consisted of a drop ceiling with acoustic ceiling tiles that had sustained water damage due to the intrusion of moisture from the roof.

5

## 4.  DESCRIPTION OF DAMAGES AND ANALYSIS

- Hail Damage to a TPO (Thermoplastic polyolefin) Roof

The hail threshold size for thermoplastic single-ply membrane ranges from 1.0-2.0 inches in diameter (with frozen hard hail). The reasons for the range is that there are a wide range of potential membrane thicknesses, ages, and substrate conditions that can be encountered. Most relatively new (less than 10 years old) and thicker membranes (60-mil or greater) will be at the upper end of this range. TPO membranes with rounded gravel ballast also will enjoy high impact resistance. Older and thinner thermoplastic will tend to be towards the lower end of the threshold range, and membranes over compressible substrates (low density foam insulation boards) will be less impact resistant than those over high-density substrates and cover boards. It can also create unseen damages to the IsoBoard and microfractures where the hail impacts the membrane.

- Moisture Intrusion

Openings in the building's exterior, due to severe weather, potentially allow moisture to enter the building. The mechanical and electrical systems in affected areas need to be inspected by licensed mechanical and electrical contractors for damage. Any damaged electrical and mechanical units will need to be repaired to code.

Any moisture intrusion related to interior building material damages will need to be observed and evaluated by an Indoor Environmental Professional (IEP) and replaced by a qualified and licensed contractor using experienced personnel while adhering to state, IICRC, and industry standards for the remediation of interior environments.

- Moisture Damage

Moisture exposure within the construction materials causes a hygrometric response or dimensional change due to changes in moisture content. Hygrometric response rates vary by moisture content and construction materials. Different hygrometric responses within a building system induce differential movement and result in damage including cracks and debonding at attachment points such as at taped seams and drywall joints.

**5.  CONCLUSIONS**

It is Wohlscheid Civil Engineering PLLC professional opinion that the Hail Event on April 1, 2025, is the proximate storm event that caused the storm damages documented during its investigation and report preparation process.

- The hail event on April 1, 2025, is the proximate weather event that caused the damages documented during the field inspection to the subject property.

- The damages present on the TPO roof system of the subject property are consistent with the severe weather event documented on the date of loss.

- Based on our on site observations and the damage noted, it is our opinion that the roof covering is affected and needs replacement.

- The damaged acoustic ceiling tiles of the portico need replaced to match. If the tiles cannot be matched, all tiles should be replaced to maintain uniformity.

- The damaged functioning HVAC units need replaced.

- The damaged acoustic ceiling tiles of the interior need replaced to match. If the tiles cannot be matched, all tiles should be replaced to maintain uniformity.

- Any moisture intrusion will have to be addressed by qualified professionals while adhering to the applicable state laws and industry standards (Refer to section 6, Mitigation of Damages). Damaged components should be removed and replaced with new components while ensuring that continuity is preserved.

- All missing and/or damaged materials need to be replaced. Other non-damaged materials will have to be repaired or replaced to ensure uniformity.

- All work should be performed by licensed, qualified contractors using experienced personnel while adhering to all applicable county, state, federal, and industry standards.

## 6.  MITIGATION OF DAMAGE

Mitigation is often a two-pronged approach. First, the source must be corrected to prevent further damage to the structure; this is often referred to as correcting the source of loss. After the source has been corrected (permanently or temporarily) the property must then be mitigated/remediated by qualified professionals (per IICRC standards) to prevent any further deterioration to the building.

- Temporary Repairs

This can include but is not limited to tarping/shrink wrapping a damaged roof to prevent further moisture intrusion, turning off the water to a property that had a pipe burst, or boarding up missing doors and windows.

- Interior Environmental Assessment

To accurately determine if/what harmful conditions are present at a subject property's indoor environment and to determine an appropriate, thorough, and safe scope of work, the use of an Indoor Environmental Professional is needed. An Indoor Environmental Professional (IEP) will use his/her experience to accurately determine the extent and severity of the
interior damage and conditions present (if any) and render a remediation protocol for the remediator's use to ensure a safe and effective restoration.

- Interior Structure Dry Out and/or Remediation

When a protocol is set in place by an IEP, a licensed restoration/mitigation company should be contacted and provided the protocol for work to begin. The restoration company shall follow ICRC, state, and any other applicable standards during the mitigation process. The mitigation/remediation process will vary case to case but will often consist of the removal of affected materials, use of manual cleaning methods, HEPA vacuum cleaning, application of antimicrobial solutions, use of specialized "air scrubbers" and dehumidifiers, application of antimicrobial sealant/growth deterrent, and other industry approved methods to remediate the harmful conditions present at the subject structure.

Mitigation - "To Reduce or minimize further damage to structure, contents, and systems in the built environment by controlling the spread of contaminants and moisture." (ICRC S500-2015) Remediation- "To remove microbial contamination consistent with ICRC standards." (ICRC S500-2015)

Indoor Environmental Professional (IEP) -" An individual with the education, training, and experience to perform an assessment of the microbial ecology of the structure, systems, and contents at a job site..." (ICRC S500-2015)

Protocol - A set of instructions specific to each loss, detailing the required steps and procedures to render the subject property safe for reconstruction.

- Post-Remediation Verification

Once the remediator deems the scope of work to be fulfilled and the property to have been rendered "safe", he or she should contact the IEP professional who performed the initial evaluation to return for a Post-Remediation Verification (PRV) test. This final assessment will ensure that the protocol was followed as prescribed, and that the property is now dry, uncontaminated, and ready for repairs. If the test were to fail, the IEP will provide the remediator with the remaining tasks and criteria they must meet to pass. Once the remediator accomplishes these tasks, they will once again request a PRV to be retested. If the PRV passes, the IEP shall issue a clearance certificate to the remediator certifying that the remediation has been fully and successfully completed.

- Reconstruction of the Property

Once the source of loss has been corrected, the building has been mitigated/remediated (if applicable), and clearance granted (if applicable), the only remaining step is to repair/rebuild the subject property. Determinations for repair or replacement, such as those included in this report, are to be consulted to ensure that proper procedures and guidelines are followed. To further assist in the resolution of the subject property's loss, this report includes guidelines, recommendations, repair plans, and references for the client's consideration.

## 7.  DISCLOSURE OF LIMITATIONS

This report represents the professional opinion of the licensed professional and is furnished as an aid in the determining proximate origin and cause and reported aspects previously indicated. This report pertains only to the areas pointed out; those areas not pointed out will not be part of this report. Wohlscheid Civil Engineering PLLC will not guarantee or offer any guarantee of the indicated defects and will not be responsible for the hidden defects which could not be detected at the time the field walk-through was performed. The physical field walk-through intended was to identify any condition that is affecting the building to find
proximate origin and cause.

Other restrictive conditions that may apply:

1.  The components and/or appliances that were not checked will not be part of the report.
2.  Any asbestos cement and/or lead-based paint material presence can only be handled by a state certified technician.
3.  Any adverse situation regarding the plumbing system can only be handled by a master plumber or the construction inspector.
4.  Wohlscheid Civil Engineering PLLC will not be responsible for any defects, losses, conditions, problems, damage, or any other adverse situation that would have come up after the field walk-through was performed.
5.  Wohlscheid Civil Engineering PLLC will not be responsible for any appliance or any other component malfunction of the mechanical or electrical system, or any other accessory.
6.  Any apparent mold presence or concern by the insured, if any, can only be assessed by a licensed mold assessor and handled by a licensed mold remediator.

**Limitations**

The conclusions, analysis, and opinions expressed herein have been prepared within a reasonable degree of certainty. They are based on the results and interpretations of the testing and/or data collection activities performed at the site, the information available to Wohlscheid Civil Engineering PLLC at the time the report was issued, and the education, training, knowledge, skill, and experience of the licensed professional noted.

The contents of this report are confidential and intended for the use of the homeowners, and their representatives or clients. The contents of this report may also be privileged or otherwise protected by work product immunity or other legal rules.
Wohlscheid Civil Engineering PLLC assumes no liability for the misuse of this information by others and reserves the right to update this report should additional information become available.

This document has been signed and sealed in accordance with applicable state statutes. If not signed and sealed by the licensed professional named and shown as its author, the findings, conclusions,

and opinions cannot be relied upon; as such, the document has been provided for informational purposes only. This report was technically reviewed in accordance with Wohlscheid Civil Engineering PLLC's standard practice.

Wohlscheid Civil Engineering PLLC appreciates this opportunity to be of service to you. If we can be of further assistance in this or other matters, please do not hesitate to contact us.

**Wohlscheid Civil Engineering PLLC assumes no liability for the misuse of this information by others. The observations, comments, conclusions, analysis, and opinions expressed herein are based upon the results and interpretations of the visual field walk-through, testing and/or data collection activities performed at the time of the visual field walk-through, and the best information provided to us at the time of this document's preparation. Wohlscheid Civil Engineering PLLC reserves the right to amplify the observations, comments and/or the recommendation to this report should conditions change, or additional information become available.**

11

**8.  ENDORSEMENT(S)**

I hereby certify that this Forensic Report and Repair Plan was prepared by me or by others under my direct supervision, and that I am a duly licensed Professional Engineer under the laws of the State of Missouri.



Steven J. Wohlscheid

_____

Steven J. Wohlscheid, P.E.

Date: September 26, 2025, License Number PE-2023021242

**9.   Weather data**

## StormIntel Verify® Hail History Report
## WeatherGuidance Forensics Unit

**Report date:**          09/16/25
**Claim/Reference #**

**Property Address:**      9241 W. Florissant Ave., St. Louis, MO, 63136

**Latitude:** 38.73726    **Longitude:** -90.27894
**Search Period:**        03/31/24-04/02/24

| Date | Time | Hail Size (in.) at Location | Maximum Hail Size (in.) Within... | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 1 mile | 2 miles | 3 miles | 5 miles |
| 04/01/24 | 06:56pm | 1.25 | 2.00 | 2.00 | 2.00 | 2.00 |
| End of Data | | End of Data | | End of Data | | |

Please note: "ND" (No Data) indicates that we could not verify hail of at least 0.75 inch in diameter at the property address during the requested search period. Times indicated on the report are expressed in the local time zone and should be considered approximate. The above information is based upon the examination of ground based storm reports and/or radar indicated hail detection algorithms. If you need help interpreting the report, please contact our Forensic Weather Verification Unit for assistance. Any person(s) ordering or otherwise utilizing this report agree(s) to abide by the terms, conditions and disclaimers outlined in the Terms of Service/End User License Agreement (TOS/EULA) which can be found at www.weatherguidance.com/eula.html



(512) 504-3151 x5
www.weatherguidance.com

Verify the report data here:
http://www.weatherguidance.com/hailintel/verify.php?id=21346a

If the verification link is not clickable, please go to www.weatherguidance.com/hailintel/verify.php and enter the following code: 21346a

13

*Hail Impact Report #: 385632-4329231440*

**Hail Impact Report**

Report #: 385632-4329231440
Date: 9/25/2025 10:19 AM CDT
Interactive Hail Maps, LLC
Boerne, TX • (512) 994-2550
www.interactivehailmaps.com



You can verify the authenticity of this report at Ihmverify.com using report number 385632-4329231440 and the following Verification Code: 076de31f

*Property Information*



**Property Address:**

9241 West Florissant Avenue
St. Louis, MO 63136

**Customer Info:**

*Hail Impact Details*

| | | | |
|---|---|---|---|
| Date of Hail Impact: | 4/1/2024 | Hail Duration: | 7.9 minutes |
| Time of Hail Impact: | 6:50 PM CDT | Size of Hail Detected: | 1.50" |
| Storm Direction: | East | Nearby Hail Reported: | 14 reports |
| Storm Speed: | 29.3 mph | Max Hail Size Reported: | 2" |

*Hail Impact Narrative*

In the evening hours of Monday, April 1, 2024, at approximately 6:50 PM CDT, the property located at 9241 West Florissant Avenue, St. Louis, MO 63136 was impacted by a storm moving East at 29.3 miles per hour. Hail as large as 1.50" was detected by radar at the location, and was estimated to have lasted for 7.9 minutes. Multiple trained spotters reported up to 2" hail in the area.

*Ground Observations - Hail*

On-the-ground hail observations reported near the property located at 9241 West Florissant Avenue, St. Louis, MO 63136 (Property)

| Date / Time | Source | Hail Size | Distance from Property | Comments |
|---|---|---|---|---|
| 4/1/2024 6:41 PM CDT | NOAA | 1.25" | 9.3 miles W | estimated from picture of large hail covering the ground. (lsx) |
| 4/1/2024 6:45 PM CDT | NOAA | 1.00" | 4.5 miles WNW | lsit observer reported quarter sized hail at location. (lsx) |

14

| Date / Time | Source | Hail Size | Distance from Property | Comments |
|---|---|---|---|---|
| 4/1/2024 6:51 PM CDT | NOAA | 1.00" | 5.7 miles NW | via twitter with picture. hail slightly larger than quarter. (lsx) |
| 4/1/2024 6:51 PM CDT | NOAA | 1.00" | 5.3 miles NW | (lsx) |
| 4/1/2024 6:53 PM CDT | NOAA | 1.00" | 8.7 miles W | quarter sized hail. (lsx) |
| 4/1/2024 6:54 PM CDT | NOAA | 1.00" | 5.3 miles NW | numerous reports of quarter sized hail in hazelwood. (lsx) |
| 4/1/2024 6:55 PM CDT | NOAA | 1.75" | 1.7 miles W | picture of golf ball sized hail in ferguson estimated compared to penny in hand. (lsx) |
| 4/1/2024 6:56 PM CDT | NOAA | 2.00" | 2.8 miles NW | spotter measured 2 inch hail at his home. (lsx) |
| 4/1/2024 6:56 PM CDT | NOAA | 1.50" | 1.4 miles NW | (lsx) |
| 4/1/2024 6:56 PM CDT | NOAA | 1.50" | 4.3 miles NNW | reported ping pong ball sized hail in florissant. via facebook. (lsx) |
| 4/1/2024 6:57 PM CDT | NOAA | 1.50" | 2.3 miles N | estimated ping pong ball sized hail from emailed photo. (lsx) |
| 4/1/2024 6:58 PM CDT | NOAA | 1.00" | 4.3 miles NNW | quarter sized hail reported at location. (lsx) |
| 4/1/2024 6:59 PM CDT | NOAA | 1.00" | 0.7 miles SE | unsure on the true size of the stones... but was confident they were larger than quarters. (lsx) |
| 4/1/2024 11:28 PM CDT | NOAA | 1.00" | 9.8 miles SSW | quarter sized hail in rock hill. (lsx) |

## Severe Weather Warnings

At the approximate time of the hail impact, the property located at 9241 West Florissant Avenue, St. Louis, MO 63136 was under multiple severe weather warnings issued by the National Weather Service, as follows:

NEXRAD Radar Image from 4/1/2024
06:59 PM CDT

Severe Thunderstorm Warning issued April 1 at 6:59PM CDT until April 1 at 7:15PM CDT by NWS St Louis MO

| | | | |
|---|---|---|---|
| Effective: | 6:59 PM CDT | Expires: | 7:15 PM CDT |
| Hail Size: | 1.50" | Wind Speed: | 60 mph |
| Urgency: | **Immediate** | Certainty: | **Observed** |

At 659 pm cdt, a severe thunderstorm was located over riverview, moving east at 40 mph (radar indicated). Hazards include ping pong ball size hail and 60 mph wind gusts. People and animals outdoors will be injured. expect hail damage to roofs, siding, windows, and vehicles. expect wind damage to roofs, siding, and trees. locations impacted include, st. louis, florissant, hazelwood, ferguson, jennings, bellefontaine neighbors, berkeley, black jack, dellwood, normandy, northwoods, riverview, hillsdale,

15

cool valley, kinloch, spanish lake, pagedale, pine lawn, moline acres, and wellston. This also includes confluence state park.



NEXRAD Radar image from 4/1/2024 06:58 PM CDT

## Tornado Warning issued April 1 at 6:58PM CDT until April 1 at 7:15PM CDT by NWS St Louis MO

| | | | |
|---|---|---|---|
| Effective: | 6:58 PM CDT | Expires: | 7:15 PM CDT |
| Hail Size: | 1.50" | Wind Speed: | not specified |
| Urgency: | Immediate | Certainty: | Observed |

At 658 pm cdt, a severe thunderstorm capable of producing a tornado was located over flordell hills, moving east at 35 mph (radar indicated rotation). Hazards include tornado and ping pong ball size hail. Flying debris will be dangerous to those caught without shelter. mobile homes will be damaged or destroyed. damage to roofs, windows, and vehicles will occur. tree damage is likely. this dangerous storm will be near, st. Louis, bellefontaine neighbors, riverview, spanish lake, and glasgow village around 705 pm cdt.



NEXRAD Radar image from 4/1/2024 06:47 PM CDT

## Severe Thunderstorm Warning issued April 1 at 6:47PM CDT until April 1 at 7:15PM CDT by NWS St Louis MO

| | | | |
|---|---|---|---|
| Effective: | 6:47 PM CDT | Expires: | 7:15 PM CDT |
| Hail Size: | 1.50" | Wind Speed: | 60 mph |
| Urgency: | Immediate | Certainty: | Observed |

At 647 pm cdt, a severe thunderstorm was located over st. john, moving east at 40 mph (radar indicated). Hazards include ping pong ball size hail and 60 mph wind gusts. People and animals outdoors will be injured. expect hail damage to roofs, siding, windows, and vehicles. expect wind damage to roofs, siding, and trees. locations impacted include, st. louis, st. charles, florissant, university city, maryland heights, hazelwood, ferguson, creve coeur, overland, jennings, st. ann, bridgeton, bellefontaine neighbors, berkeley, olivette, black jack, st. john, dellwood, normandy, and northwoods. this also includes confluence state park and first missouri state capitol historic site. This includes interstate 70 in missouri near exit 231.



NEXRAD Radar image from 4/1/2024 06:45 PM CDT

## Tornado Warning issued April 1 at 6:45PM CDT until April 1 at 7:15PM CDT by NWS St Louis MO

| | | | |
|---|---|---|---|
| Effective: | 6:45 PM CDT | Expires: | 7:15 PM CDT |
| Hail Size: | 1.50" | Wind Speed: | not specified |
| Urgency: | Immediate | Certainty: | Observed |

At 645 pm cdt, a severe thunderstorm capable of producing a tornado was located over creve coeur, moving east at 20 mph (radar indicated rotation). Hazards include tornado and ping pong ball size hail. Flying debris will be dangerous to those caught without shelter. mobile homes will be damaged or destroyed. damage to roofs, windows, and vehicles will occur. tree damage is likely. this dangerous storm will be near, university city, maryland heights, creve coeur, overland, st. ann, bridgeton, ladue, olivette, st. john, and woodson terrace around 650 pm cdt. clayton,

berkeley, bel-ridge, lambert-st. louis international airport, pagedale, hanley hills, bel-nor, greendale, vinita terrace, and bellerive around 655 pm cdt. other locations in the path of this tornadic thunderstorm include ferguson, jennings, normandy, northwoods, hillsdale, cool valley, kinloch, wellston, velda city, velda village hills, st. Louis, dellwood, pine lawn, country club hills, flordell hills, uplands park, bellefontaine neighbors, moline acres, castle point, riverview, spanish lake and glasgow village.



NEXRAD Radar Image from 4/1/2024 06:39 PM CDT

### Tornado Warning issued April 1 at 6:39PM CDT until April 1 at 7:15PM CDT by NWS St Louis MO

| Effective: | 6:39 PM CDT | Expires: | 7:15 PM CDT |
|---|---|---|---|
| Hail Size: | 1.75" | Wind Speed: | not specified |
| Urgency: | Immediate | Certainty: | Observed |

At 639 pm cdt, a confirmed tornado was located over creve coeur, moving east at 25 mph (radar confirmed tornado). Hazards include damaging tornado and golf ball size hail. Flying debris will be dangerous to those caught without shelter. mobile homes will be damaged or destroyed. damage to roofs, windows, and vehicles will occur. tree damage is likely. this tornado will be near, university city, maryland heights, creve coeur, overland, clayton, st. ann, bridgeton, town and country, richmond heights, and ladue around 645 pm cdt. berkeley, brentwood, normandy, woodson terrace, bel-ridge, lambert-st. louis international airport, pagedale, wellston, hanley hills, and bel-nor around 650 pm cdt. other locations in the path of this tornadic thunderstorm include st. louis, ferguson, jennings, northwoods, hillsdale, cool valley, kinloch, pine lawn, velda city, country club hills, bellefontaine neighbors, dellwood, flordell hills, riverview, moline acres, castle point and glasgow village. This also includes scott joplin historic site.



NEXRAD Radar Image from 4/1/2024 06:33 PM CDT

### Tornado Warning issued April 1 at 6:33PM CDT until April 1 at 7:15PM CDT by NWS St Louis MO

| Effective: | 6:33 PM CDT | Expires: | 7:15 PM CDT |
|---|---|---|---|
| Hail Size: | 1.75" | Wind Speed: | not specified |
| Urgency: | Immediate | Certainty: | Observed |

Torlax the national weather service in st louis has issued a "tornado warning for, st. louis city in east central missouri, central st. louis county in east central missouri," until 715 pm cdt. "at 633 pm cdt, a severe thunderstorm capable of producing a tornado was located over chesterfield, moving east at 30 mph (radar indicated rotation). Hazards include tornado and golf ball size hail. Flying debris will be dangerous to those caught without shelter. mobile homes will be damaged or destroyed. damage to roofs, windows, and vehicles will occur. tree damage is likely. this dangerous storm will be near, chesterfield, maryland heights, creve coeur, overland, town and country, ladue, des peres, olivette, frontenac, and crystal lake park around 640 pm cdt. university city, clayton, st. ann, bridgeton, richmond heights, brentwood, warson woods, breckenridge hills, vinita park, and sycamore hills around 645 pm cdt. st. louis, berkeley, maplewood, st. john, normandy, woodson terrace, bel-ridge, rock hill, pagedale, and wellston around 650 pm cdt. other locations in the path of this tornadic thunderstorm include ferguson, jennings, northwoods, hillsdale, cool valley, kinloch, pine lawn, velda city, country club hills, velda village hills, bellefontaine neighbors, flordell hills, riverview, moline acres and glasgow village. This also includes scott joplin historic site.

17



NEXRAD Radar Image from 4/1/2024
06:31 PM CDT

**Severe Thunderstorm Warning issued April 1 at 6:31PM CDT until April 1 at 7:15PM CDT by NWS St Louis MO**

| Effective: | 6:31 PM CDT | Expires: | 7:15 PM CDT |
| Hail Size: | 1.75" | Wind Speed: | 60 mph |
| Urgency: | **Immediate** | Certainty: | **Observed** |

At 630 pm cdt, a severe thunderstorm was located over chesterfield, moving east at 40 mph (radar indicated). Hazards include golf ball size hail and 60 mph wind gusts. People and animals outdoors will be injured. expect hail damage to roofs, siding, windows, and vehicles. expect wind damage to roofs, siding, and trees. locations impacted include, st. louis, st. charles, florissant, university city, kirkwood, maryland heights, hazelwood, webster groves, ferguson, creve coeur, overland, clayton, jennings, st. ann, bridgeton, bellefontaine neighbors, town and country, berkeley, richmond heights, and ladue. this also includes scott joplin historic site, confluence state park, and first missouri state capitol historic site. This includes interstate 70 in missouri near exit 231.



NEXRAD Radar Image from 4/1/2024
06:26 PM CDT

**Severe Thunderstorm Warning issued April 1 at 6:26PM CDT until April 1 at 7:15PM CDT by NWS St Louis MO**

| Effective: | 6:26 PM CDT | Expires: | 7:15 PM CDT |
| Hail Size: | 1.75" | Wind Speed: | 60 mph |
| Urgency: | **Immediate** | Certainty: | **Observed** |

Svrlsx the national weather service in st louis has issued a " severe thunderstorm warning for, st. louis city in east central missouri, east central st. charles county in east central missouri, northeastern st. louis county in east central missouri, " until 715 pm cdt. " at 626 pm cdt, a severe thunderstorm was located over spirit of st. louis airport, moving east at 40 mph (radar indicated). Hazards include golf ball size hail and 60 mph wind gusts. People and animals outdoors will be injured. expect hail damage to roofs, siding, windows, and vehicles. Expect wind damage to roofs, siding, and trees.

## Historical Storm Activity

| Map Date* | Impact Time | Direction | Speed | Duration | At Location | Within 1mi | Within 3mi | Within 10mi |
|---|---|---|---|---|---|---|---|---|
| 5/19/2025 | — | N | — | — | — | — | 1.00" | 1.00" |
| 5/16/2025 | 5/16/2025 2:46 PM CDT | ENE | 56.6 | 11.8 | 1.00" | 1.25" | 1.50" | 1.50" |
| 3/14/2025 | — | N | — | — | — | — | 1.00" | 1.25" |
| 8/29/2024 | — | N | — | — | — | — | 0.50" | 0.50" |
| 5/26/2024 | 5/26/2024 5:21 PM CDT | E | 34.5 | 9.0 | 0.50" | 0.50" | 1.00" | 1.25" |
| 5/24/2024 | — | N | — | — | — | 0.50" | 0.50" | 0.50" |
| 4/18/2024 | — | N | — | — | — | 0.50" | 0.50" | 0.50" |
| 4/1/2024 | 4/1/2024 6:50 PM CDT | E | 29.3 | 7.9 | 1.50" | 1.50" | 1.50" | 1.50" |
| 3/14/2024 | — | N | — | — | — | 0.50" | 0.50" | 1.50" |

| Map Date* | Impact Time | Direction | Speed | Duration | At Location | Within 1mi | Within 3mi | Within 10mi |
|---|---|---|---|---|---|---|---|---|
| 7/29/2023 | --- | N | --- | --- | --- | --- | 0.50" | 0.50" |
| 7/17/2023 | 7/17/2023 2:53 PM CDT | SSE | 20.2 | 20.0 + | 0.50" | 0.50" | 1.00" | 1.00" |
| 7/14/2023 | --- | N | --- | --- | --- | --- | 0.50" | 0.50" |
| 7/1/2023 | 7/1/2023 3:46 PM CDT | ENE | 32.5 | 4.9 | 0.50" | 0.50" | 0.50" | 0.50" |
| 6/30/2023 | 6/30/2023 9:42 PM CDT | NNW | 15.6 | 8.2 | 0.50" | 1.00" | 1.00" | 1.00" |
| 6/4/2023 | --- | N | --- | --- | --- | --- | 0.50" | 0.50" |
| 5/13/2023 | 5/13/2023 2:35 PM CDT | SE | 26.9 | 10.3 | 0.50" | 0.50" | 1.00" | 1.00" |
| 4/15/2023 | 4/15/2023 6:56 PM CDT | NE | 42.8 | 13.8 | 0.50" | 0.50" | 0.50" | 1.00" |

* Map dates begin at 6:00 a.m. CST on the indicated day and end at 6:00 a.m. CST the following day.

**Disclaimer**

Interactive Hail Maps (IHM) uses NEXRAD weather radar data and proprietary hail detection algorithms to generate the "Hail Impact" and "Historical Storm Activity" information included in this report. And while IHM attempts to be as accurate as possible, IHM makes no representations or warranties of any kind, including express or implied warranties, that the information on this report is accurate, complete, and / or free from defects. IHM is not responsible for any use of this report or decisions based on the information contained in this report. Use of this report is further limited by and subject to the Terms of Use at interactivehailmaps.com.

Copyright © 2025 by Interactive Hail Maps

19

 

## NOAA NATIONAL CENTERS FOR ENVIRONMENTAL INFORMATION
### NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

Home    Contact Us    About NCEI    Help

NCEI > Storm Events Database (Select State) > (Select Date/County/Event) > (Search Results)

**Storm Events Database**

Prev / Search Results / Next

### Storm Events Database
**Event Details:**

| Event | Hail |
|---|---|
| Magnitude | 2.00 in. |
| State | MISSOURI |
| County/Area | ST. LOUIS |
| WFO | LSX |
| Report Source | Trained Spotter |
| NCEI Data Source | CSV |
| Begin Date | 2024-04-01 17:20 CST-6 |
| Begin Location | 1N MELROSE |
| Begin Lat/Lon | 38.69/-90.72 |
| End Date | 2024-04-01 17:59 CST-6 |
| End Location | 0N JENNINGS |
| End Lat/Lon | 38.73/-90.27 |
| Deaths Direct/Indirect | 0/0 (fatality details below, when available...) |
| Injuries Direct/Indirect | 0/0 |
| Property Damage | 1.00M |
| Crop Damage | 0.00K |
| Episode Narrative | Through the day of April 1, a warm front left much of the area in a warm, moist, and increasingly unstable airmass. This environment supported multiple waves of severe thunderstorms from the evening of April 1st through the early morning of April 2nd. Notable reports include large hail up to 2 inches in diameter, isolated damaging winds, a brief EF-0 tornado, and instances of flash flooding. |
| Event Narrative | Widespread large hail fell in St. Louis County, with the largest hailstones measuring 1.75 to 2 inches. The largest stones were reported in Chesterfield and later in Ferguson. Severe hail was also reported in Wildwood, Maryland Heights, Woodson Terrace, Bridgeton, Hazelwood, Florissant, Dellwood, and Jennings. Extensive, widespread damage to cars was reported with this event. |

**Event Map:**



## 10. Inspection Photos

Sep 11, 2025 | 47 Photos

# Sucha Sauda LLC

**Sam's Meat Market & More**
**9241 W Florissant Ave · St. Louis, MO 63136**



21

# Exterior



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC

# Roof



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC

**5**



Project:  Sucha Sauda LLC

**6**



Project:  Sucha Sauda LLC

**7**



Project:  Sucha Sauda LLC

**8**



Project:  Sucha Sauda LLC

**9**



Project:  Sucha Sauda LLC

**10**



Project:  Sucha Sauda LLC

**11**



Project:  Sucha Sauda LLC

**12**



Project:  Sucha Sauda LLC

**13**



Project:  Sucha Sauda LLC

**14**



Project:  Sucha Sauda LLC

**15**



Project:  Sucha Sauda LLC

**16**



Project:  Sucha Sauda LLC

**17**



Project:  Sucha Sauda LLC

# HVAC

**1**



Project:  Sucha Sauda LLC

**2**



Project:  Sucha Sauda LLC

**3**



Project:  Sucha Sauda LLC

**4**



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC



Project:  Sucha Sauda LLC





Project: Sucha Sauda LLC



Project: Sucha Sauda LLC



Project: Sucha Sauda LLC



Project: Sucha Sauda LLC

# Interior



Project: Sucha Sauda LLC



Project: Sucha Sauda LLC



Project: Sucha Sauda LLC



Project: Sucha Sauda LLC