Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI


SUCHA SAUDA, LLC,                )

Plaintiff,                       )

vs                               )

SELECTIVE INSURANCE COMPANY      )

OF SOUTH CAROLINA,               )

Defendant.                       )

_____)

VIDEO-RECORDED ZOOM DEPOSITION OF

SARTAJ SINGH


February 26, 2026

9:10 a.m.


Kathy R. Bonfiglio, CSR-KS, CSR-MO, RPR

EXHIBIT

**D**

Page 38

now," correct?

A. Yes.

Q. On January 28th it looks like there's a correspondence from Chris from Restore Masters that says, "Insurance has approved a partial payment of the roof." Do you see that?

A. I do.

Q. Did you ever receive a correspondence from Selective regarding a partial payment?

A. Did not.

Q. Did you ever receive a check from Selective?

A. I do not remember.

Q. So do you know what this partial payment would be referring to?

A. Directly to Restore Masters.

Q. What other steps have you taken since the loss to prevent water intrusion other than the tarping?

A. Silicone in some of the holes that were on the roof, in the gaps, wherever I could see a potential leak.

Q. Where on the roof did you do that?

A. There was one area around the HVAC. There was a hole that I recall clearly. There were

Page 39

some other areas I would have patched. Wherever I see a gap. I'm not expert but I was just trying out of frustration because the employees were complaining about it and I kept on talking and the case wasn't coming to a close so I had to do something about it and it did help. I just ran out of two tubes of silicone and just did whatever I could.

Q. That did help, you said?

A. It did help somewhat. Lowered it at least.

Q. And I think you just said but correct me if I'm wrong, you said if you saw gaps is that where you were filling the silicone?

A. I'm not expert if there were gaps or wherever I could find a seam I just put silicone on that.

Q. I'm showing you on my screen what is marked as Exhibit 6.

(Whereupon Deposition Exhibit No. 6 was marked for purposes of identification.)

Can you see my screen?

A. I do.

Q. I'll represent to you that this is an e-mail from Jared Compton dated August 9, 2024. Do

Page 40

you recognize this correspondence?

A. I do.

Q. And it looks like Sucha Sauca, LLC is copied as well as Gwynne from the insurancesourcedot.com. Do you see that?

A. Yes.

Q. Attached to this correspondence was the coverage letter dated August 8, 2024; correct?

A. Correct.

Q. In this correspondence Mr. Compton is outlining the coverage decision regarding your claim as well as the reasons for declining coverage; is that correct?

A. That is correct.

Q. Okay. Selective resent that same coverage decision again on May 15, 2025, along with an estimate for damage to some of the soft metal components on the roof which were below the deductible; correct?

A. Could you repeat that?

Q. Of course. Do you recall that Selective resent that coverage determination letter again on May 15, 2025, along with an estimate for damage to the soft metal components, some of the fixtures on the roof, but the estimate was below

Page 41

the deductible. Do you recall that?

A. There was one estimate that was below the deductible. I do not recall the date.

Q. Do you recall the approximate date?

A. I do not. I thought it was originally in 2024. Maybe there was another one. I'm not sure.

Q. When you reviewed the e-mail and attached letter did you have any confusion about what it meant?

A. No. I understood that the deductible was more than what the insurance was going to pay for the damages so it wasn't covered.

Q. So would it be the fair to say that you understood what Selective's position was with respect to the claim at the time you received the e-mail and attached letter?

A. Yes.

Q. Okay. Did you ask any follow-up questions to Mr. Compton after receiving that e-mail?

A. That e-mail was actually -- there was a phone conversation with him before that. I talked to him and he explained it to me over the phone that the damages -- basically whatever he said in

11 (Pages 38 - 41)