UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SUCHA SAUDA LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    Case No. 4:25 CV 1025 CDP |
| | ) |
| SELECTIVE INSURANCE COMPANY | ) |
| OF SOUTH CAROLINA, | ) |
| | ) |
|     Defendant. | ) |

## **MEMORANDUM AND ORDER**

Upon careful consideration of defendant's motion to compel, plaintiff's response, and defendant's brief in reply, I will deny the motion as moot as plaintiff has now provided the requested discovery.  To the extent defendant requests in its reply brief that I impose sanctions under Federal Rule of Civil Procedure 37 for plaintiff's delayed production, I do not address issues raised for the first time in a reply brief.  *See Martin v. Bingaman*, No. 4:23-CV-1037-RHH, 2025 WL 3687412, at *8 (E.D. Mo. Dec. 19, 2025) (listing cases).  Defendant is permitted, however, to file a separate motion for sanctions under Rule 37(a)(5)(A), with citation to controlling law on the issue, as well as submission of appropriate billing records or affidavits that demonstrate the reasonable expenses incurred in making its motion to compel, including attorney's fees.

I will also deny plaintiff's motion to extend discovery deadlines and, by

operation, the remaining deadlines set out in the Case Management Order.  I agree with defendant that plaintiff has failed to show good cause for its delay in proceeding with certain discovery until the final days of the six-month discovery period.  I will, however, grant plaintiff to June 15, 2026, to take the deposition of Lacy McClung, given defendant's cancelation of the otherwise timely noticed deposition and the parties' agreement to reschedule the deposition beyond the discovery deadline of May 15.  In all other respects, the deadlines set out in the Case Management Order entered November 12, 2025 (ECF 19) remain in full force and effect.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Selective Insurance Company of South Carolina's Motion to Compel Discovery [44] is **DENIED as moot.**

**IT IS FURTHER ORDERED** that plaintiff Sucha Sauda LLC's Opposed Motion to Extend Discovery Deadlines [46] is **DENIED** with one exception: Plaintiff shall have to and including **June 15, 2026**, by which to depose Lacy McClung.  **In all other respects, the deadlines set out in the Case Management Order entered November 12, 2025 (ECF 19) remain in full force and effect.**

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 1st day of June, 2026.

- 2 -