**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| SUCHA SAUDA, LLC.,<br><br>Plaintiff.<br><br>v.<br><br>SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA<br><br>Defendant. | Case No.: 4:25-CV-1025-CDP |

**NOTICE OF ATTEMPTED COMPLIANCE WITH CASE MANAGEMENT ORDER**

Defendant Selective Insurance Company of South Carolina ("SICSC") provides the following Notice regarding its Attempted Compliance with this Court's November 12, 2025 Case Management Order (Doc. 019).

The Case Management Order states that "not less than twenty (20) days prior to the date set for trial" the parties shall "[m]eet and jointly prepare and file with the Clerk a JOINT Stipulation of all uncontested facts, which may be read into evidence subject to any objections of any party set forth in said stipulation (including a brief summary of the case which may be used on Voir Dire)." Doc. 019, p. 3, ¶ 1 (emphasis in original). September 15 is 20 days prior to the date set for trial.

In an effort to comply with the Case Management Order, SICSC prepared a proposed Joint Statement of Uncontested Facts and a Brief Statement of the Case for use in Voir Dire. SICSC served these documents to Plaintiff on September 3, 2026 and asked for any revisions or comments by September 11 to allow sufficient time for review and conferral prior to September 15. SICSC's September 3 email is attached hereto as **Exhibit A**, p. 1. Plaintiff did not respond to SICSC's September 3 email. On September 11, SICSC resent its proposed Joint Statement of Uncontested

Facts and a Brief Statement of the Case, reminding Plaintiff of the need to meet and confer prior to September 15. Plaintiff did not respond.

SICSC's proposed Joint Statement of Uncontested Facts and a Brief Statement of the Case are attached hereto as Exhibit A, pp. 2-8.

Dated: September 15, 2026.

Respectfully submitted:

*/s/ Anna M. Berman*

Anna M. Berman #61637 MO
KUTAK ROCK LLP
2405 Grand Boulevard, Suite 600
Kansas City, MO 64108
(816) 960-0090 Telephone
(816) 960-0041 Facsimile
anna.berman@kutakrock.com

and

Hailey H. Merz #77774 MO
KUTAK ROCK LLP
300 S. John Q. Hammons Parkway, Suite 800
Springfield, MO 65806
(417) 720-1410 Telephone
(417) 720-1411 Facsimile
Hailey.Merz@kutakrock.com
**ATTORNEYS FOR DEFENDANT SELECTIVE INSURANCE COMPANY OF SOUTH CAROLINA**

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, a true and correct copy of the above and foregoing was filed with the Clerk of the United States District Court of Eastern Missouri by using the CM/ECF electronic filing system, which will send notification of such filing to the below counsel of record.

*/s/ Anna M. Berman*
Attorney for Defendant